*In re* DELMA S. ARRIGOITÍA PERAZA.

*Número:* TS-4250        *Resuelto:* 10 de mayo de 2002

*Sheila I. Vélez Martínez,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Manuel A. Moreda,* abogado de la parte peticionaria.

## RESOLUCIÓN

Evaluada la moción para solicitar reinstalación presentada por la peticionaria, Delma S. Arrigoitía Peraza, la Moción de Desistimiento presentada por el Colegio de Abogados de Puerto Rico y demás documentos que obran en autos, se autoriza su reinstalación al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*